Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California 95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>Plaintiff,<br>vs.<br><br>EYONG, LLC, et al.,<br><br>Defendants. | No. 3:25-cv-06525-AGT<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, Eyong, LLC and Woodland Park Property Owner A, LLC ("Defendants"), the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: December 3, 2025 MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez

Dated: December 3, 2025 THE KARLIN LAW FIRM

*/s/ Rex T. Reeves*
Rex T. Reeves
Attorney for Defendant,
Eyong, LLC

Dated: December 3, 2025 FARBSTEIN & BLACKMAN

*/s/ Ramsey F. Kawar*
Ramsey F. Kawar
Attorneys for Defendant,
Woodland Park Property Owner A, LLC

**ATTESTATION**

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez